IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UBIQUITI NETWORKS, INC.,**

    **Plaintiff,**

vs.                                                           Case No. 4:12mc66-RH/CAS

**KOZUMI USE CORP., et al.,**

    **Defendants.**

_____/

## O R D E R

On December 4, 2012, non-party Eric Walter Camil, Sr. (hereinafter Camil) filed a motion to quash a November 21, 2012, subpoena. Doc. 1. Ultimately, a motion to quash, doc. 4, was denied. Docs. 10, 15. On February 13, 2013, an Order was entered denying a motion to stay, doc. 11, but providing additional time to comply. Doc. 15. Because it appears that this case has long been concluded, the Clerk of Court shall administratively close this case. Should the parties object to this Order, a motion must be filed no later than **July 25, 2014**. If nothing is received, the case will be closed.

Accordingly, it is **ORDERED:**

1. The parties shall have until **July 25, 2014**, in which to demonstrate why this case should not be administratively closed.

2. If nothing is received by the parties, the Clerk of Court shall administratively close this case.

**DONE AND ORDERED** on July 16, 2014.

        <u>S/   Charles A. Stampelos</u>
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**